UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEIKH FALL,<br><br>                              Plaintiff,<br><br>-v.-<br><br>JAVIER DICTION and FLAVIA TRUCKING CORP.,<br><br>                              Defendants. | 23 Civ. 05936 (JHR)<br><br>ORDER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/2023

JENNIFER H. REARDEN, District Judge:

On November 1, 2023, the Court issued an Order to Show Cause why this case should not be transferred to the United States District Court for the Eastern District of New York under 28 U.S.C. § 1404(a).  See ECF No. 7 (noting that "all of the events and omissions giving rise to Plaintiff's claims appear to have occurred in Brooklyn.").  Neither party opposes transfer to the Eastern District of New York, see ECF Nos. 8 at 1; 10 at 1; 12 at 1.

Accordingly, pursuant to 28 U.S.C. § 1404(a), the Court hereby transfers this case to the United States District Court for the Eastern District of New York.  The Clerk of Court is directed to transfer the case to the Eastern District of New York and to close the case here.  The waiting period set forth in Local Rule 83.1 is waived.

SO ORDERED.

Dated: December 29, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge